

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-13-00357-CV

Style:       Talisman Energy USA Inc. and Statoil Texas Onshore Properties, LLC

         **v** Enduring Resources, LLC

Dates motions filed[*]:  June 13, 2013 and June 27, 2013

Type of motion:   Motion to extend time to file reporter's record and Motion for extension of time to file reporter's record

Party filing motion:  Appellant and Court Reporter

Document to be filed: Reporter's record

Is appeal accelerated?  No

If motion to extend time:

  Original due date:       May 30, 2013

  Number of previous extensions granted:  0    Current Due date:  May 30, 2013

  Date Requested:      July 1, 2013 and June 27, 2013

Ordered that motion is:

  ☑  Granted

     If document is to be filed, document due:  June 27, 2013

    ☐  The Court will not grant additional motions to extend time

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

  **On June 13, 2013, appellants filed a motion informing the Court that they had requested the reporter's record be prepared and had paid for its preparation, and they requested that we extend the time to file the record to July 1, 2013.  On June 27, 2013, the court reporter filed both the record and a request that we extend the deadline for filing the record to June 27, 2013.  We grant both motions and order the Clerk of this Court to accept the record.  Appellants' brief will be due no later than July 29, 2013.**  *See* **TEX. R. APP. P. 4.1(a), 38.6(a).**

Judge's signature: /s/ Terry Jennings _____

     ☑ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: July 2, 2013 _____

November 7, 2008 Revision